In the Matter of the Probate of the Will of GEORGE S. NICHOLAS, Deceased.

GROSVENOR NICHOLAS, Appellant; FARMERS LOAN AND TRUST COMPANY et al., Respondents.

*Will — probate — objection to probate on grounds of fraud, undue influence and mental incompetency.*

*Matter of Nicholas,* 216 App. Div. 399, affirmed.

(Argued November 22, 1926; decided December 31, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 16, 1926, which affirmed a decree of the Suffolk County Surrogate's Court setting aside the verdict of a jury and admitting to probate an instrument propounded as the last will and testament of George S. Nicholas, deceased. There was objection to probate upon the grounds of alleged fraud, undue influence and mental incompetency of testator.

*Nathan L. Miller, George H. Furman, William H. Robbins* and *Joseph S. Frank* for appellant.

*William H. Button, Nathan O. Petty, John C. Townsend* and *Samuel Riker, Jr.,* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, MCLAUGHLIN and CRANE, JJ. Dissenting: HISCOCK, Ch. J., ANDREWS and LEHMAN, JJ., on ground question of fact was presented by the evidence.

———

ANNA BLUM, Appellant, *v.* EDITH H. HOFFKINS et al., Respondents, and THE COUNTY TRUST COMPANY, Appellant.

*Mortgage — foreclosure — fraud — action to foreclose mortgage on real property — defenses that signature had been obtained by fraud without consideration and that execution had never been acknowledged.*

*Blum* v. *Hoffkins,* 210 App. Div. 748, affirmed.

(Argued November 23, 1926; decided December 31, 1926.)

APPEAL from a judgment, entered December 29, 1924, upon an order of the Appellate Division of the Supreme

Prepared by State Reporter from Appeal Papers

Court in the second judicial department reversing a judgment in favor of the plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was to foreclose a mortgage on real property. The defense was that the mortgage was signed by the alleged mortgagor without knowledge or information as to its nature or that it affected her interest in the real property in suit; that the instrument was never acknowledged by her and that she had received no consideration therefor.

*Benjamin M. Freeman* for plaintiff, appellant.

*Henry M. Bellinger, Homer A. Stebbins* and *J. Elmer Melick* for defendant, appellant.

*Arthur F. Engel* for defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

FRANCES TEMMASO, an Infant, by PIETRO TEMMASO, Her Guardian ad Litem, Respondent, *v.* JOHN BETSCH, Appellant.

*Negligence — motor vehicles — child struck by motor truck while crossing street.*

Temmaso v. Betsch, 217 App. Div. 756, affirmed.

(Argued November 23, 1926; decided December 31, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 8, 1926, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, a child eight years old, while attempting to cross Wilson avenue, between Suydam and Hart streets in the borough of Brooklyn was struck by defendant's motor truck and received the injuries complained of.